EL PUEBLO *v.* PAZ.

APELACIÓN procedente de la Corte de Distrito de Mayagüez.

No. 82.—Resuelto en junio 29, 1907.

MULTA—PRISIÓN SUBSIDIARIA.—La prisión subsidiaria que se imponga al acusado en defecto de pago de multa no debe exceder de un día por cada dollar que dejare de satisfacer.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. Rossy, Fiscal.*

La parte apelante no compareció.

EL JUEZ ASOCIADO SR. HERNÁNDEZ, emitió la opinión del tribunal.

El presente es un recurso de apelación interpuesto por Manuel María Paz contra sentencia de la Corte de Distrito de Mayagüez, que en grado de apelación y en treinta de enero último le condenó como culpable de delito de acometimiento y agresión á la pena de cincuenta dollars de multa ó noventa días de cárcel y pago de costas.

No hay en el récord pliego de excepciones, ni exposición del caso, ni tampoco el apelante ha hecho alegación alguna escrita ú oral en apoyo del recurso.

Empero como el artículo 322 del Código de Enjuiciamiento Criminal ordena que la prisión que la corte de distrito ha de imponer en el caso de que no se pague una multa, no debe exceder de un día por cada dollar, y como en el presente caso la multa impuesta es de cincuenta dollars, entendemos que la prisión alternativa ó subsidiaria no puede exceder de cincuenta días.

Esa doctrina ha sido ya establecida por esta Corte Suprema en el caso de *habeas corpus* de Guadalupe Andino, en el caso de Gabriel Díaz por portar armas prohibidas, y en el de José Maiz, por hurto, decididos, respectivamente, en 22 de mayo de 1905, en 6 de mayo próximo pasado y en 21 de junio corriente.

Por las razones expuestas, procede se confirme la sentencia apelada, con la modificación antedicha.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Figueras, MacLeary y Wolf.